MKB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

LISSNER MATHIEU,

      Defendant.

- - - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ APR 28 2006 ★

BROOKLYN OFFICE

U N S E A L I N G
O R D E R

04 CR 0038 (S-1) (ERK)

    Upon the application of ROSLYNN R. MAUSKOPF, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Mary K. Barr, for an order

unsealing the transcript of the plea proceedings in the above-

captioned matter.

    WHEREFORE, it is ordered that the transcript of the

plea proceedings in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
       April   , 2006

              s/Edward R. Korman

             HONORABLE EDWARD R. KORMAN
             UNITED STATES DISTRICT JUDGE
             EASTERN DISTRICT OF NEW YORK