MKB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

LISSNER MATHIEU,

    Defendant.

- - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 28 2006 ★
BROOKLYN OFFICE

U N S E A L I N G
O R D E R

04 CR 0038 (S-1) (ERK)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mary K. Barr, for an order unsealing the transcript of the plea proceedings in the above-captioned matter.

WHEREFORE, it is ordered that the transcript of the plea proceedings in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          April 18, 2006

                      s/Edward R. Korman
                      ————————————————
                      HONORABLE EDWARD R. KORMAN
                      UNITED STATES DISTRICT JUDGE
                      EASTERN DISTRICT OF NEW YORK