# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Cheryl L. Pollak**                             DATE: **5/14/21**

DOCKET NUMBER: **04CR38(ERK)**                     WebEx LOG #: **12:00-12:45**

DEFENDANT'S NAME: **Lissner Mathieu**
  **X** Present   ___ Not Present   **X** Custody   ___ Bail

DEFENSE COUNSEL: **Michael Padden**
  **X** Federal Defender   ___ CJA   ___ Retained

A.U.S.A: **Samantha Alessi**                     CLERK: **Lewis Hugh**

INTERPRETER: _____ (Language) _____

**X** Defendant arraigned on the: ___ indictment ___ superseding indictment **X** probation violation

**X** Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

- **X** Bond set at **$25,000**. Defendant **X** released ___ held pending satisfaction of bond conditions.
- **X** Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on his behalf.
- **2** Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on their behalf.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Rule 5f warnings given to the Govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

**X** Status conference set for **6/23/21** @ **12:00 or 2:00** before Judge **Korman**

Other Rulings: **All parties appeared via video/teleconference. Dft appeared via video. Probation Officer Lisa Famularo appeared via teleconference. Dfse counsel & govt agree on a bond with 2 sureties. 2 sureties appeared via teleconference, sworn & advised of the bond obligations.**