**DOCKET NUMBER**: 4cr38   **CRIMINAL CAUSE FOR** V.O.S.R.
**BEFORE JUDGE**:   KORMAN   **DATE:** 6/23/2021   **TIME IN COURT**_____ **HRS** 15 **MINS**

**DEFENDANT'S NAME**: Lissner Mathieu                **DEFENDANTS #**_____
☐   **X** Present      '   Not Present      '   Custody      '   **X** Not Custody

**DEFENSE COUNSEL**: Michael P. Padden
☐   Federal Defender   '   CJA      '   Retained

**A.U.S.A.**: Samantha Alessi            **Case Manager**: Talia Cohen

**ESR**: Rocco/Hong      **INT/LANG**:_____      **USPO**: Lisa Famularo

☐   Revocation of Probation non contested   '  Revocation of Probation contested
☐   Sentencing non-evidentiary             '  Sentencing Contested
☐   Revocation of Supervised Release evidentiary   '  Revocation of Supervised Release non-evidentiary

_   FINAL REVOCATION HRG HELD.   **X**   HRG CONT'D TO **7/28/2021 @ 2pm**.
_   DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF:
_   GUILTY   _   NOT GUILTY   TO CHARGES OF VIOLATION #_____
_CASE CALLED.   _   **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, PLEA.**

_   COURT FINDS DEFT _ GUILTY   _   NOT GUILTY.
_   DEFT CONT'D ON PROB./S.R. UNTIL_____.
_   DEFT REINSTATED TO PROB./S.R.   _   PROB./S.R. REVOKED.
_   JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

_   SENTENCING SET FOR _____.   _   SENTENCING HELD.
_   EXECUTION OF SENTENCE STAYED TO_____.
_   DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

**UTILITIES**
'   ~Util-Plea Entered      '   ~Util-Add terminate Attorneys      '   ~Util-Bond Set/Reset
'   ~Util-Exparte Matter    '   ~Util-Indictment Un Sealed         '   ~Util-Information Unsealed
'   ~Util-Set/Reset Deadlines   '   ~Util-Set/Reset Deadlines/Hearings
'   ~Util-Set/Rest Motion and R&R Deadlines/Hearings   '   ~Util-Terminate Motions
'   ~Util-Terminate Parties   '   ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** '   YES   '   NO
**TEXT**
Bail is continued.