

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SSA | *271 Cadman Plaza East* |
| F. #2021R00501 | *Brooklyn, New York 11201* |

July 22, 2021

<u>By ECF</u>

The Honorable Edward R. Korman
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Lissner Mathieu
     <u>Criminal Docket No. 04-038 (ERK)</u>

Dear Judge Korman:

  Your Honor scheduled a preliminary revocation hearing on this violation of supervised release for July 28, 2021. Mr. Mathieu's attorney, Michael Padden, and I have discussed the matter. Due to developments that inform any potential plea discussions, the parties jointly request a 30-day adjournment.

           Respectfully submitted,

           JACQUELYN M. KASULIS
           Acting United States Attorney

    By:  <u>/s/ *Samantha Alessi*</u>
        Samantha Alessi
        Assistant U.S. Attorney
        (718) 254-6099

cc: Lisa Famularo, United States Probation Officer (by email)